ANN-MARTHA ANDREWS
Nevada Bar No. 07585
AAndrews@LRRLaw.com
TODD D. ERB
Nevada Bar No. 12203
TErb@LRRLaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for Defendant
New York Life Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Lisa Myk, | CASE NO. 2:14-CV-00910-RCJ-GWF |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| New York Life Insurance Company, | |
| Defendant. | |

The parties, having settled their dispute, stipulate that the Court shall dismiss this matter with prejudice. Each party will bear its own attorneys' fees and costs.

DATED this 2nd day of July, 2014.

LAW OFFICES OF STEVEN J. PARSONS

BY: */s/ Joseph N. Mott*
  STEVEN J. PARSONS
  Nevada Bar No. 363
  Joseph N. Mott
  Nevada Bar No. 12455
  7201 W. Lake Mead Blvd., Suite 108
  Las Vegas, Nevada 89128
  Attorneys for Plaintiff

LEWIS AND ROCA LLP

BY: */s/ Ann-Martha Andrews*
  ANN-MARTHA ANDREWS
  Nevada Bar No. 7585
  TODD D. ERB
  Nevada Bar No. 12203
  3993 Howard Hughes Parkway, Suite 600
  Las Vegas, Nevada 89169
  Attorneys for Defendant New York
  Life Insurance Company

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**Dated:** July 15, 2014

4685237_1